THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 City of
 Columbia, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Haiyan Lin, Appellant.
 
 
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No.   2010-UP-271
 Submitted March 1, 2010  Filed May 14,
2010

AFFIRMED

 
 
 
 Haiyan Lin, pro se, for Appellant.
 Dana Marie Thye, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Haiyan
 Lin, pled guilty to several property code violations and the municipal court
 imposed six thirty-day suspended sentences totaling 180 days.  After finding
 Lin failed to comply with the conditions of suspension regarding three of the
 sentences, the municipal court imposed ninety days jail time.  Lin now appeals
 the circuit court's decision affirming the municipal court.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:
1. As to whether the circuit court erred in relying on the municipal
 court's order finding Lin failed to make substantial progress: Wilder Corp.
 v. Wilke, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998) ("[A]n
 issue cannot be raised for the first time on appeal, but must have been raised
 to and ruled upon by the trial judge to be preserved for appellate
 review.").
2. As to whether the circuit
 court erred in finding the municipal court had jurisdiction:  S.C. Code Ann. §
 14-25-45 (Supp. 2009) (providing that municipal courts have jurisdiction to
 hear "all cases arising under the ordinances of the municipality for which
 established").   
3. This
 court need not address Lin's remaining issues because they are manifestly
 without merit.  Rule 220(b)(2), SCACR (stating
 that a point that is manifestly without merit need not be addressed).
AFFIRMED.
FEW,
 C.J., SHORT, and LOCKEMY, JJ.,
 concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.